AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Joseph Cable Barnes<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case: 1:21-mj-00208<br>Assigned to: Judge Faruqui, Zia M<br>Assign Date: 2/8/2021<br>Description: COMPLAINT W/ARREST WARRANT |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                         Joseph Cable Barnes                         ,
who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment     ❒ Superseding Indictment     ❒ Information     ❒ Superseding Information     ☒ Complaint
❒ Probation Violation Petition     ❒ Supervised Release Violation Petition     ❒ Violation Notice     ❒ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress;
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without
Lawful Authority;
40 U.S.C. § 5104(e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date:     02/08/2021

2021.02.08
14:46:57 -05'00'

*Issuing officer's signature*

City and state:          Washington, D.C.

ZIA M. FARUQUI, U.S. Magistrate Judge
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* 02/08/2021 , and the person was arrested on *(date)* 02/10/2021<br>at *(city and state)* Austin, Texas .<br><br>Date: 02/10/2021                    _____<br>                                                   *Arresting officer's signature*<br><br>                                                   Jeffrey Deane   Task Force Officer<br>                                                   *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

**FILED**

# UNITED STATES DISTRICT COURT

for the

District of Columbia

**February 10, 2021**

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____
DEPUTY

**1:21-MJ-110-ML**

|  |  |
|---|---|
| United States of America | ) |
| v. | ) |
|  | ) |
| Joseph Cable Barnes | ) |
|  | ) |
|  | ) |
|  | ) |

Case: 1:21-mj-00208
Assigned to: Judge Faruqui, Zia M
Assign Date: 2/8/2021
Description: COMPLAINT W/ARREST WARRANT

_____
*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                    Joseph Cable Barnes                              ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment     ❏ Superseding Indictment     ❏ Information     ❏ Superseding Information     ☒ Complaint
❏ Probation Violation Petition     ❏ Supervised Release Violation Petition     ❏ Violation Notice     ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress;
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without
Lawful Authority;
40 U.S.C. § 5104(e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds.

2021.02.08
14:46:57 -05'00'

Date:     _____02/08/2021_____                    _____
                                                                        *Issuing officer's signature*

City and state:     _____Washington, D.C._____            ZIA M. FARUQUI, U.S. Magistrate Judge
                                                                        *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |

Date:     _____                    _____
                                                                        *Arresting officer's signature*

                                                                        _____
                                                                        *Printed name and title*

AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America | ) |
| v. | )    Case: 1:21-mj-00208 |
| | )    Assigned to: Judge Faruqui, Zia M |
| Joseph Cable Barnes | )    Assign Date: 2/8/2021 |
| DOB: XXXXXX | )    Description: COMPLAINT W/ARREST WARRANT |
| | ) |
| | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ in the District of ___Columbia___, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress, | |
| 18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, | |
| 40 U.S.C. § 5104(e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds. | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Jamie Vera, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

2021.02.08
14:47:59 -05'00'

Date: ____02/08/2021____

_____
*Judge's signature*

City and state: _____Washington, D.C._____

ZIA M. FARUQUI, U.S. Magistrate Judge
*Printed name and title*

4

Assigned to: Judge Faruqui, Zia M
Assign Date: 2/8/2021
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

Your affiant, Jamie Vera, is a Special Agent of the Federal Bureau of Investigation since September 2015, and is currently assigned to the Washington Field Office.  In my duties as a special agent, I am responsible for conducting and assisting with securities fraud and investment fraud investigations, including related white collar and financial crimes.  Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021.  As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police.  Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police.  Only authorized people with appropriate identification were allowed access inside the U.S. Capitol.  On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020.  The joint session began at approximately 1:00 p.m.  Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection.  Vice President Michael R. Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol.  As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m., members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers.  Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m.  Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

Multiple witnesses have submitted or referenced a video from London-based news organization "ITV News" and identified JOSEPH BARNES as an individual seen in the United States Capitol on January 6, 2021.  Your affiant has watched the relevant portion of the ITV News video witnesses used to identify BARNES.[1]  At about three minutes and eighteen seconds into the video, the individual witnesses identified as BARNES is dressed in a dark-colored beanie hat, an American flag neck gaiter around his neck, and a dark-colored winter jacket with a light-colored fleeced neckline.  BARNES appears in the center of the video and is standing in what is clearly the United States Capitol, surrounded by other rioters.  When he appears in the video, BARNES says "This is our house!  This is our country!  This is our country!"  While yelling, BARNES is gesturing forcefully, pointing downward as if to identify the Capitol and the country as the rioters'.  In his left hand, BARNES is holding what appears to be a smartphone that is lit as if it is powered on and functioning.

Law enforcement has contacted a number of the witnesses who identified BARNES in the above-described video, and they have detailed how they personally know BARNES.  One witness (Witness 1), for example, has interacted with BARNES at his Austin, Texas residence on multiple occasions.  Witness 1 provided a number of photographs, circling the individual in the photograph and identifying him as BARNES.  One of those photographs is depicted below in Figure One.



*Figure One*

---

[1] As of February 6, 2021, the video witnesses used to identify BARNES in the United States Capitol on January 6, 2021, continued to be publicly available at https://www.youtube.com/watch?v=UBp42536IhE&ab_channel=ITV News&bpctr=1612645229.

Another witness (Witness 2) informed law enforcement that they went to school with BARNES and that they knew BARNES attended Anderson High School, which appears to be in Austin, Texas. Witness Two submitted a screenshot of a video he explained showed BARNES in the United States Capitol on January 6, 2021, and yelling, "This is our country." The screenshot of the video Witness 2 provided is depicted below in Figure Two.



*Figure Two*

A third, anonymous witness (Witness 3) referenced the ITV News video and reported to law enforcement that the individual depicted in the video is BARNES. Witness 3 also informed law enforcement that BARNES works for a commercial real estate services company and provided the company's webpage, which lists "Joseph Barnes" as a Vice President based out of Austin, Texas. [2]  Witness 3 provided a screenshot of BARNES's photograph as seen on the company's webpage, provided below in Figure Three. The person on the company's webpage identified as Joseph Barnes appears to be the same person seen in the ITV News video and the screenshots that Witness 1 and Witness 2 provided to the FBI, and is based from the same location the witnesses provided.

---

[2]  The webpage Witness 3 provided to identify BARNES can be found here: https://www.us.jll.com/en/people/joe-barnes.



*Figure Three*

Finally, open source research has identified a social media account for "Joe Barnes Art" on Facebook, and a separate webpage found at www.joebarnesart.com.  The company's logo includes what appears to be a signature for "Joe Barnes" above the state of Texas with the words "Austin, Texas."  On the Joe Barnes Art Facebook page, there are at least two photographs that appear to show the same person witnesses have identified in Figures One, Two, and Three above—all based on the bald head, facial hair, face, and location in Austin, Texas.  The first photograph shows BARNES standing in front of a piece of artwork holding what appears to be an assault-style rifle, pointing it at the camera, accompanied by a caption that reads "A society that puts equality before freedom will get neither."  The second photograph shows BARNES squatting beside a number of pieces of artwork.  Those photographs are below in Figures Four and Five, respectively.



*Figure Four*



*Figure Five*

Your affiant believes the individual all witnesses have identified as BARNES is, in fact, JOSEPH CABLE BARNES of Austin, Texas. A records search of the Texas Department of Motor Vehicles has revealed a driver's license photograph that matches the photographs and video screenshots multiple witnesses have identified as BARNES.

Based on the foregoing, your affiant submits that there is probable cause to believe that JOSEPH CABLE BARNES violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that JOSEPH CABLE BARNES violated 40 U.S.C. § 5104(e)(2)(D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

Finally, your affiant submits there is probable cause to believe that JOSEPH CABLE BARNES violated 18 U.S.C. § 1512(c)(2), which makes it a crime to obstruct, influence, or impede any official proceeding, or attempt to do so. Under 18 U.S.C. § 1515, congressional proceedings are official proceedings.

JAMIE VERA
SPECIAL AGENT, FBI

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 8th day of February 2021.

2021.02.08
14:49:38 -05'00'

ZIA M. FARUQUI
U.S. MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

USA

vs.

(1) Joseph Cable Barnes

*Defendant*

§
§
§
§
§
§

Criminal No.: **AU:21-M -00110(1)**

Date Appeared: February 11, 2021
Time:          -0- entered in 1:20-cr-047-(3)

# INITIAL APPEARANCE - District of Columbia

1.  Complaint Filed          February 10, 2021          Warrant Issued:          February 10, 2021
                             *Date*                                               *Date*

    Arrested                 February 10, 2021          Agency:                  USMS
                             *Date*                                               *Agency*

2.  COURT PERSONNEL:

    U.S. Magistrate Judge:   MARK LANE
    Courtroom Deputy:        Amanda Deichert
    Pretrial Officer:        Linda Cano
    Interpreter:             N/A

3.  APPEARANCES:

    AUSA:      - Excused
    DEFT:      - Excused

4.  PROCEEDINGS:

    a.  Age        34        Education   Bachelors Degree                   Gender        Male
    b.  Defendant understands proceedings and is mentally competent.                      Y
    c.  Defendant is informed of constitutional rights.                                   Y
    d.  Defendant understands charges.                                                    Y
    e.  If charged on complaint, Defendant informed of right to Preliminary Hearing.      Y
    f.  Defendant informed of right to legal counsel.                                     Y
              1)   Defendant waives counsel.
        X     2)   Defendant states he will retain counsel.
              3)   Defendant states he/she has retained:
                           Phone No.:
              4)   Defendant requests appointment of counsel.
                        Defendant HAS NOT completed the CJA23 financial affidavit.
                             Court will appoint counsel in the interest of justice based on deft's verbal accounting
                             of financial status.

                        Defendant HAS completed the CJA23 financial affidavit and the Court will
                        appoint counsel because:
                             The defendant is indigent at this time.
                             Even though the defendant is not indigent, counsel will be appointed in the interests
                             of justice.
                        The Court finds that the defendant is NOT eligible and denies request.

PROCEEDING MEMO - INITIAL APPEARANCE
In Re:  (1) Joseph Cable Barnes
Page 2 of 2 Pages

g.   PRE-TRIAL RELEASE:
    _____  1)   The Government makes ☐ oral   or   ☐ written motion for detention under 18 USC 3142.
           Court sets detention  hearing for _____

    _____  2)   The Court sua sponte moves for detention.  The detention hearing is set for
           _____  at _____

    \_\_X\_\_  3)   The Defendant ☐ is released  ☒ will be released on the following conditions:
           Bond is set at $ _____

           ***(Check the following that apply:)***

           _____  unsecured         _____  unsecured with 10% posted to the registry
           _____  cash or corporate     _____  additional sureties
           _____  3rd party custodian     \_\_X\_\_  as set forth in Order Setting Conditions of Release

h.   Temporary Detention issued _____  Preliminary Hearing set for _____

i.   REMOVAL PROCEEDINGS:
    The Defendant is advised of Rule 20 and Rule 5 rights and ....
    _____  1)   The Defendant waives Rule 5(c)(3)(D)(ii) and is detained pending removal to the
           _____ . Detention hearing is to be held in that district.
    \_\_X\_\_  2)   The Defendant waives Rule 5 and is released on bond.  The Defendant is ordered to appear in the
           District of Columbia _____ ☐ on _____
           or  ☒ when notified by the prosecuting district.
    _____  3)   The Defendant is ☐ detained  ☐ released on bond and requests Rule 5(c)(3) hearing.  The
           Court sets hearing for _____

j.   Other: _____

AO 199A (Rev. 06/19)  Order Setting Conditions of Release                                                                      Page 1 of 3 Pages

# UNITED STATES DISTRICT COURT
### for the
## Western District of Texas

**FILED**
February 11, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ AD
DEPUTY

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 1:21-00110M-1 |
| Joseph Cable Barnes | ) | |
| *Defendant* | ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)   The defendant must not violate federal, state, or local law while on release.

(2)   The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3)   The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)   The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at:   U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA AT 333 Constitution Avenue NW Washington, Courtroom 6

on   as directed.

*Date and Time*

If blank, defendant will be notified of next appearance.

(5)   The defendant must sign an Appearance Bond, if ordered.

14

AO 199B  (Rev. 12/11)  Additional Conditions of Release                                                                   Page 2 of 3 Pages

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ )  (6)    The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____     Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____     _____
                        *Custodian*                                                    *Date*

( ☒ )  (7)    The defendant must:
( ☒ )  (a)   submit to supervision by and report for supervision to the U.S. Pretrial Services Office _____,
                  telephone number 512-916-5297 , no later than _____.
( ☒ )  (b)   continue or actively seek employment.
( ☐ )  (c)   continue or start an education program.
( ☒ )  (d)   surrender any passport to: U.S Pretrial Services
( ☒ )  (e)   not obtain a passport or other international travel document.
( ☒ )  (f)   abide by the following restrictions on personal association, residence, or travel:   Travel Restricted to Travis, Hays, and Williamson
Counties.  No travel to DC unless traveling for Court Appearances, Pretrial Meetings, or Consulting with an Attorney.  No travel outside the continental
U.S. without Court approval.
( ☒ )  (g)   avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including:
_____
( ☐ )  (h)   get medical or psychiatric treatment: _____
_____
( ☐ )  (i)   return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following
                  purposes: _____
_____
( ☐ )  (j)   maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers
                  necessary.
( ☒ )  (k)   not possess a firearm, destructive device, or other weapon.
( ☒ )  (l)   not use alcohol ( ☐ ) at all ( ☒ ) excessively.
( ☐ )  (m)  not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed
                  medical practitioner.
( ☐ )  (n)   submit to testing for a prohibited substance if required by the pretrial services office or supervising officer.  Testing may be used with random
                  frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited
                  substance screening or testing.  The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited
                  substance screening or testing.
( ☐ )  (o)   participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or
                  supervising officer.
( ☐ )  (p)   participate in one of the following location restriction programs and comply with its requirements as directed:
                  ( ☐ )  (i)   **Curfew.**  You are restricted to your residence every day ( ☐ ) from _____ to _____, or ( ☐ ) as directed by the
                                    pretrial services office or supervising officer; or
                  ( ☐ )  (ii)  **Home Detention.**  You are restricted to your residence at all times except for employment; education; religious services; medical,
                                    substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities
                                    approved in advance by the pretrial services office or supervising officer; or
                  ( ☐ )  (iii) **Home Incarceration.**  You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and
                                    court appearances or other activities specifically approved by the court.
( ☐ )  (q)   submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program
                  requirements and instructions provided.
                  ( ☐ )  You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or
                                    supervising officer.
( ☒ )  (r)   report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including
                  arrests, questioning, or traffic stops.
( ☒ )  (s)   The defendant is ordered to appear for processing by the United States Marshal's Service at their office on the 3rd floor of the U.S.
Courthouse in Austin, Texas WITHIN FIVE (5) DAYS of the defendant's release from custody.
_____
( ☒ )  (t)   The defendant shall call his Pretrial Services Officer once per week as directed.

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

      Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

      While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

      It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

      If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

    (1)  an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

    (2)  an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

    (3)  any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

    (4)  a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

      A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

      I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

_____
*City and State*

### Directions to the United States Marshal

( ☐ ) The defendant is ORDERED released after processing.

( ☐ ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date:  February 11, 2021                    _____
*Judicial Officer's Signature*

                 U.S. Magistrate Judge Mark Lane
*Printed name and title*

DISTRIBUTION:   COURT     DEFENDANT     PRETRIAL SERVICE     U.S. ATTORNEY     U.S. MARSHAL

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | Case No:   AU:21-M -00110(1) |
| | § | |
| (1) Joseph Cable Barnes | § | Charging District:  District of Columbia |
| | § | Charging District's Case No.:  1:21-mj-208 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges.  If the time to appear in that court has not yet been set, the defendant must appear when notified to do so.

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:  February 11, 2021

MARK LANE
UNITED STATES MAGISTRATE JUDGE

# U.S. District Court [LIVE]
# Western District of Texas (Austin)
# CRIMINAL DOCKET FOR CASE #: <u>1:21−mj−00110−ML</u>−1

Case title: USA v. Barnes                         Date Filed: 02/10/2021
Other court case number:  1:21−MJ−208 District of Columbia

---

Assigned to: Judge Mark Lane

**Defendant (1)**

**Joseph Cable Barnes**

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18 U.S.C. § 1512(c)(2) − Obstruction of Justice/Congress; 18 U.S.C. § 1752(a)(1) − Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority; 40 U.S.C. § 5104(e)(2) − Violent Entry and Disorderly Conduct on Capitol Grounds | |

---

**Plaintiff**

| **USA** | represented by | **G. Karthik Srinivasan**<br>US Attorney's Office − Western District of Texas<br>903 San Jacinto Blvd., Suite 334<br>Austin, TX 78701<br>512−370−1253<br>Fax: 512−916−5854<br>Email: karthik.srinivasan@usdoj.gov |
|---|---|---|

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 02/10/2021 | 1 | 3 | Arrest (Rule 5 − District of Columbia) of Joseph Cable Barnes (jf) (Entered: 02/10/2021) |
| 02/11/2021 | 2 | 11 | CJA 23 Financial Affidavit by Joseph Cable Barnes (SEALED pursuant to E−Government Act of 2002). (kkc) (Entered: 02/11/2021) |
| 02/11/2021 | 3 | 12 | Minute Entry for proceedings held before Judge Mark Lane: Initial Appearance in Rule 5(c)(3)/ Rule 32.1 Proceedings as to Joseph Cable Barnes held on 2/11/2021 (Minute entry documents are not available electronically.) (Court Reporter Zoom.) (kkc) (Entered: 02/11/2021) |
| 02/11/2021 | 4 | 14 | ORDER Setting Conditions of Release as to Joseph Cable Barnes. Signed by Judge Mark Lane. (kkc) (Entered: 02/11/2021) |
| 02/11/2021 | 5 | 17 | ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL as to Joseph Cable Barnes. Signed by Judge Mark Lane. (kkc) (Entered: 02/11/2021) |